**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-4850**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLAUDE T. YOUNG, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (CR-97-144)

---

Submitted: May 4, 2005                    Decided: May 20, 2005

---

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mary Lou Newberger, Federal Public Defender, Jonathan D. Byrne, Appellate Counsel, Charleston, West Virginia, for Appellant. Kasey Warner, United States Attorney, Stephanie L. Ojeda, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Claude T. Young, Jr., appeals the district court's order revoking his supervised release and imposing a thirty-day term of imprisonment to be followed by thirty-five months of supervised release. We have reviewed the parties' briefs and the joint appendix and find that the district court did not abuse its discretion in revoking Young's supervised release. See United States v. Pregent, 190 F.3d 279, 282 (4th Cir. 1999) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. See United States v. Young, No. CR-97-144 (S.D. W. Va. Sept. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED